JS 45 (1/96) Electronic Version

# Criminal Case Cover Sheet – U.S. District Court

21 CR 049 JDP

**Place of Offense:**

City: Cottage Grove
County/Parrish: Dane County

**Related Case Information:**

Superseding _____   Docket Number _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20 / R40 from District of _____

**Defendant information:**

Matter to be Sealed ____ Yes   ✓ No
Def. Name: Brett Blomme
Alias Name:
City/State: Cottage Grove, WI
Year of Birth: 1981   Last 4 digits of SSN _____
Sex: Male   Race: White

**U.S. Attorney Information:**

CHADWICK M. ELGERSMA   Bar #: _____
Interpreter: ____ No ____ Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date: _____
____ Already in Federal Custody as of: _____ in _____
____ Already in State Custody
____ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 2   ____ Petty   ____ Misdemeanor   ✓ Felony
   ____ Class A
   ____ Class B
   ____ Class C

| Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|
| Set 1  18 USC 2252(a)(2) | Distribution of Child Pornography | 1, 2 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |

Date: _____   Signature /s/ _____ CHADWICK M. ELGERSMA