IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 21 CR 049 JDP |
| BRETT BLOMME, | 18 U.S.C. § 2252(a)(2) |
| Defendant. | |

---

THE GRAND JURY CHARGES:

### COUNT 1

On or about October 30, 2020, in the Western District of Wisconsin, the defendant,

BRETT BLOMME,

knowingly distributed a visual depiction using any means or facility of interstate and foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and the depiction was of such conduct. Specifically, the defendant sent a file beginning with "b7137c9f," an image of a minor engaged in sexually explicit conduct, to another user via Kik Messenger.

(In violation of Title 18, United States Code, Section 2252(a)(2)).

### COUNT 2

On or about November 1, 2020, in the Western District of Wisconsin, the defendant,

BRETT BLOMME,

knowingly distributed a visual depiction using any means or facility of interstate and foreign commerce, and the production of such visual depiction involved the use of a

minor engaging in sexually explicit conduct, and the depiction was of such conduct. Specifically, the defendant sent a file beginning with "ee716626," an image of a minor engaged in sexually explicit conduct, to another user via Kik Messenger.

(In violation of Title 18, United States Code, Section 2252(a)(2)).

FORFEITURE ALLEGATION

As a result of the offense charged in Counts 1 and 2 of this indictment, and upon conviction for violating Title 18, United States Code, Section 2252(a)(2), pursuant to Title 18, United States Code, Section 2253, the defendant,

BRETT BLOMME,

shall forfeit to the United States his right, title, and interest in:

(1) Any and all visual depictions which contain images which are or appear to be child pornography, together with the storage media in which they are contained, and

(2) any and all property used or intended to be used to commit or to promote the commission of the aforementioned offense, including property specifically described as one gray Apple iPhone with yellow protective cover, serial number F17CDZABN6XR.

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 05/12/21

_____
TIMOTHY M. O'SHEA
Acting United States Attorney