AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Brett Blomme | ) | Case No. 21 CR 049 JDP |
| c/o Attorney Christopher Van Wagner | ) | |
| 110 E. Main Street, Suite 705 | ) | |
| Madison, Wisconsin 53703 | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: | U.S. District Court<br>Western District of Wisconsin<br>120 North Henry Street<br>Madison, WI 53703 | Courtroom No.: |
| --- | --- | --- |
| | | Date and Time: TBA |

This offense is briefly described as follows:
Distribution of Child Pornography - 18 USC 2252(a)(2)

Date: 5/12/2021

s/ A. Wiseman, Deputy Clerk
*Issuing officer's signature*

A. Wiseman, Deputy Clerk
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons  ☐ Returned this summons unexecuted

Date: _____

_____
*Server's signature*

_____
*Printed name and title*