

**U.S. Department of Justice**

*United States Attorney's Office*
*Western District of Wisconsin*

*Telephone 608/264-5158*
*TTY 608/264-5006*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

<u>Address:</u>
*222 West Washington Avenue*
*Suite 700*
*Madison, Wisconsin 53703*

August 5, 2021

**VIA EMAIL ONLY**
Christopher Van Wagner
Christopher Van Wagner S.C.
110 East Main Street
Suite 705
Madison, WI 53703

    Re:    *United States of America v. Brett Blomme*
             Case No: 21-cr-49-jdp

Dear Mr. Van Wagner:

    Enclosed is discovery Bates labeled BLOMME_026284 to BLOMME_026378, which is identical to the unnumbered discovery previously provided.

    If you have any questions regarding this matter, please do not hesitate to contact me at (608) 264-5158.

                                          Very truly yours,

                                          TIMOTHY M. O'SHEA
                                          Acting United States Attorney

                                          By: */s/ Chadwick M. Elgersma*

                                          CHADWICK M. ELGERSMA
                                          Assistant United States Attorney

Enclosure