IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

v.

BRETT BLOMME,                                          Case No.:  21-cr-49-jdp

Defendant.

---

GOVERNMENT'S MOTION TO SEAL SENTENCING MEMORANDUM EXHIBIT

---

The United States of America, by its attorneys Timothy M. O'Shea, Acting United States Attorney for the Western District of Wisconsin, and Chadwick M. Elgersma, Assistant United States Attorney, hereby moves this Court for an Order sealing the exhibit that is attached to the government's sentencing memorandum.  The government makes this request on the grounds that the exhibit contains personally identifiable information related to individuals who are not currently charged.

On December 16, 2021, the government informed the defense of its intent to seal said exhibit and received no objection.

Dated December 20, 2021

Respectfully submitted,

TIMOTHY M. O'SHEA
Acting United States Attorney

By:_____/s/ Chadwick M. Elgersma_____
    CHADWICK M. ELGERSMA
    Assistant United States Attorney