IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,
                      Plaintiff,

  vs.                                  Case No. 3:21-CR-0049-001-JDP

BRETT S. BLOMME,
                      Defendant.

---

## MOTION TO SEAL PSYCHOLOGICAL EVALUATION

Defendant Brett Blomme, by undersigned counsel, hereby moves this Court for an Order sealing the Psychological Evaluation of the defendant. The defendant makes this request on the ground that this evaluation contains a great deal of detailed personal and psychological information from and about the defendant, all of which is important for this Court's consideration in fashioning a sentence in this case, as well as for the BOP in determining treatment needs for Blomme while serving his sentence. There is no clear need for this detailed medical and psychological detail to be made available to the public. Dated at Madison, Wisconsin, December 20, 2021.

                                  Respectfully submitted,
                                  BRETT BLOMME, Defendant

                                  CHRISTOPHER T. VAN WAGNER, S.C.
                                  110 East Main Street, Suite 705
                                  Madison, Wisconsin 53703
                                  (608) 284-1200

                                  */s/ (electronically signed)*

             BY:        _____
                                  CHRISTOPHER T. VAN WAGNER
                                  (State Bar #1024261)