IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,
                        Plaintiff,

    vs.                                    Case No. 3:21-CR-0049-001-JDP

BRETT S. BLOMME,
                        Defendant.

---

## MOTION TO SEAL ADDENDUM TO
## PSYCHOLOGICAL RISK EVALUATION

Defendant Brett Blomme, by undersigned counsel, hereby moves this Court for an Order sealing the December 21st Psychosexual Risk Addendum of Dr. Trevino. The defendant makes this request on the ground that this Addendum, like the original evaluation it supplements, contains detailed personal and psychological information from and about the defendant, for this Court's consideration at sentencing, and for use by the BOP in further determining treatment needs for Blomme. There is no clear need for this detailed medical and psychological detail to be made available to the public.

Dated at Madison, Wisconsin, December 21, 2021.

                                        Respectfully submitted,
                                        BRETT BLOMME, Defendant

                                        CHRISTOPHER T. VAN WAGNER, S.C.
                                        110 East Main Street, Suite 705
                                        Madison, Wisconsin 53703
                                        (608) 284-1200

                                        */s/ (electronically signed)*

                    BY:   _____
                                        CHRISTOPHER T. VAN WAGNER
                                        (State Bar #1024261)