# COURTROOM MINUTES
# SENTENCING / JUDICIAL REVIEW

DATE: 12/22/2021  DAY: Wednesday  START TIME: 1:06 pm  END TIME: 2:05 pm
JUDGE/MAG.: JDP  CLERK: JLS  REPORTER: CS
PROBATION OFFICER: J. Koch  INTERPRETER:  SWORN:
CASE NUMBER: 21-cr-49-jdp  CASE NAME: USA v. Brett Blomme

**APPEARANCES:**
AUSA: Chad Elgersma  DEFENDANT ATTY.: Christopher Van Wagner

DEFENDANT PRESENT: YES

**SENTENCING GUIDELINE RANGE:**
TOTAL OFFENSE LEVEL: 34  CRIMINAL HISTORY CATEGORY: 1
ADVISORY GUIDELINE IMPRISONMENT RANGE: 121 to 151 MONTHS.

**SENTENCE:**
COUNT(S) 1-2 : ☒ INDICTMENT  ☐ INFORMATION
CBOP  CT. 1 ; 108 MOS.; 20 YRS. S/R; $ 100 CA; $ _____ REST.; $ _____ FINE.
       CT. 2 ; 108 MOS.; 20 YRS. S/R; $ 100 CA; $ _____ REST.; $ _____ FINE.
☐ VOLUNTARY SURRENDER: _____ between _____ and _____ ;
☐ RELEASE CONDITIONS CONTINUED.
☒ DETAINED.

**ACTIONS:**
☒ PLEA AGREEMENT ACCEPTED
☒ DEFENDANT ADVISED OF RIGHT TO ALLOCUTE (OPPORTUNITY TO SPEAK)
☒ DEFENDANT ADVISED OF RIGHT TO APPEAL
☐ GOVERNMENT MOTION TO DISMISS REMAINING COUNTS GRANTED
☐ REVOKED

**NOTES:**
Defendant waives reading of the conditions.
Sentence on count 1 and 2 to run concurrently.
$5,000 Justice for Victims of Trafficking Special Assessment

TOTAL COURT TIME: 59 min